ACCEPTED
03-14-00552-CV
4198563
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 3:31:30 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00552-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/18/2015 3:31:30 PM

JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

**RAGHUNATH DASS, P.E.,**
*Appellant*,

**v.**

**TEXAS BOARD OF PROFESSIONAL ENGINEERS,**
*Appellee.*

On Appeal from the
201st Judicial District Court, Travis County, Texas

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Appellant Raghunath Dass, P.E. "Appellant" files this Notice of Appearance of Additional Counsel. J. Woodfin Jones (State Bar No. 10911700) of Alexander Dubose Jefferson & Townsend LLP, 515 Congress Avenue, Suite 2350, Austin, Texas 78701-3562; Telephone: (512) 482-9300; Facsimile: (512) 482-9303, will appear as additional counsel of record for Appellant in the above-referenced cause of action.

Appellant requests that the clerk take notice of this designation and provide a copy of all communications to Mr. Jones. Jimmy Alan Hall will continue to serve as lead counsel for Appellant.

Respectfully submitted,

/s/ J. Woodfin Jones
J. Woodfin Jones
State Bar No. 10911700
wjones@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON &
  TOWNSEND LLP
515 Congress Avenue Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

Jimmy Alan Hall
State Bar No. 08759800
jahall@fbjah.com
JIMMY ALAN HALL, PLLC
4600 Mueller Boulevard, Suite 2121
Austin, Texas 78723
Telephone: (512) 722-3190
Facsimile: (512) 857-9195

COUNSEL FOR APPELLANT
RAGHUNATH DASS, P.E.

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served via e-filing on the following counsel of record on February 18, 2015:

Jennifer L. Hopgood
State Bar No. 24073010
jennifer.hopgood@texasattorneygeneral.gov
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1660
Facsimile: (512) 320-0167

*Counsel for Appellee*
*Texas Board of Professional Engineers*


 /s/ J. Woodfin Jones
J. Woodfin Jones